

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2022

No. 04-22-00212-CV

**LISHMAN LAW, PLLC**, Sarah Anne Lishman, and Caroline Hulett,
Appellants

v.

Jamie **GRAHAM** & Associates, PLLC,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-05166
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellants' brief was originally due May 16, 2022. Appellants' first motion for extension of time was granted, extending the due date to June 6, 2022. On May 20, 2022, appellants filed a motion requesting an additional extension of time to file the brief until June 27, 2022. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by June 27, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court